| | |
|---|---|
| 1 | LAW OFFICES OF ALAN ADELMAN |
| | Alan Adelman (SBN 170860) |
| 2 | 240 Stockton St., 4th Fl. |
| | Union Square |
| 3 | San Francisco, CA  94108 |
| | Telephone:     (415) 956-1376 |
| 4 | Facsimile:      (415) 358-4060 |
| 5 | Attorney For Plaintiff |
| | GERMAIN HAUPRICH |
| 6 | |
| 7 | SEYFARTH SHAW LLP |
| | G. Daniel Newland (SBN 87965) |
| 8 | dnewland@seyfarth.com |
| | Sarah K. Hamilton (SBN 238819) |
| 9 | shamilton@seyfarth.com |
| | Chantelle C. Egan (SBN 257938) |
| 10 | cegan@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 11 | San Francisco, California  94105 |
| | Telephone:     (415) 397-2823 |
| 12 | Facsimile:      (415) 397-8549 |
| 13 | Attorneys for Defendant |
| | FIREMAN'S FUND INSURANCE COMPANY |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAIN HAUPRICH, | Case No. CV 13 1609 |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY, | Judge:     Magistrate Judge Joseph C. Spero |
| Defendant. | Complaint Filed:  April 9, 2013 |

Pursuant to Federal Rule of Civil Procedure 12 and Local Rule 6-1(a), Plaintiff GERMAIN HAUPRICH ("Plaintiff") and Defendant FIREMAN'S FUND INSURANCE COMPANY ("Defendant") hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to the Complaint.

Plaintiff filed the Complaint in this action on or around April 9, 2013, and Defendant was served with the Complaint and Summons on or around April 15, 2013.  With this Stipulation, Defendant's deadline for answering and or otherwise responding to the Complaint is extended to May 30, 2013.

The parties respectfully submit this Stipulation to the Court pursuant to Local Rule 6-1(a).

DATED: May 2, 2013                           Respectfully submitted,

                                             LAW OFFICES OF ALAN ADELMAN


                                             By:  /s/ Alan Adelman
                                                  Alan Adelman
                                             Attorney for Plaintiff
                                             GERMAIN HAUPRICH



DATED: May 2, 2013                           Respectfully submitted,

                                             SEYFARTH SHAW LLP


                                             By:  /s/ Sarah K. Hamilton
                                                  Sarah K. Hamilton
                                             Attorneys for Defendant
                                             FIREMAN'S FUND INSURANCE
                                             COMPANY


**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Sarah K. Hamilton, attest that concurrence in the filing of this document has been obtained from the signatory Alan Adelman.

Executed this 2nd day of May, 2013 in San Francisco, California.

                                             By:  /s/ Sarah K. Hamilton
                                                  Sarah K. Hamilton
Dated: 5/6/13

[SEAL: IT IS SO ORDERED / Judge Joseph C. Spero / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

2
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

15635634v.1