1  LAW OFFICES OF ALAN ADELMAN
   Alan Adelman (SBN 170860)
2  240 Stockton St., 4th Fl.
   Union Square
3  San Francisco, CA  94108
   Telephone:    (415) 956-1376
4  Facsimile:    (415) 358-4060

5  Attorney For Plaintiff
   GERMAIN HAUPRICH

6

7  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 87965)
8  dnewland@seyfarth.com
   Sarah K. Hamilton (SBN 238819)
9  shamilton@seyfarth.com
   Chantelle C. Egan (SBN 257938)
10 cegan@seyfarth.com
   560 Mission Street, 31st Floor
11 San Francisco, California  94105
   Telephone:    (415) 397-2823
12 Facsimile:    (415) 397-8549

13 Attorneys for Defendant
   FIREMAN'S FUND INSURANCE COMPANY

14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 GERMAIN HAUPRICH,                    Case No. CV 13 1609

18                 Plaintiff,           **STIPULATION TO EXTEND DEADLINE
                                        FOR DEFENDANT TO RESPOND TO
19          v.                          COMPLAINT**

20 FIREMAN'S FUND INSURANCE             Judge:    Magistrate Judge Joseph C. Spero
   COMPANY,
21                                      Complaint Filed:  April 9, 2013
                   Defendant.
22

23        Pursuant to Federal Rule of Civil Procedure 12 and Local Rule 6-1(a), Plaintiff

24 GERMAIN HAUPRICH ("Plaintiff") and Defendant FIREMAN'S FUND INSURANCE

25 COMPANY ("Defendant") hereby stipulate to extend the time within which Defendant has to

26 answer or otherwise respond to the Complaint.

27

28

15635634v.1

1    Plaintiff filed the Complaint in this action on or around April 9, 2013, and Defendant was

2  served with the Complaint and Summons on or around April 15, 2013.  With this Stipulation,

3  Defendant's deadline for answering and or otherwise responding to the Complaint is extended to

4  May 30, 2013.

5    The parties respectfully submit this Stipulation to the Court pursuant to Local Rule

6  6-1(a).

7  DATED: May 2, 2013                          Respectfully submitted,

8                                              LAW OFFICES OF ALAN ADELMAN

9

10                                             By:  /s/ Alan Adelman
                                                   Alan Adelman
11                                             Attorney for Plaintiff
                                               GERMAIN HAUPRICH
12

13

14  DATED: May 2, 2013                         Respectfully submitted,

15                                             SEYFARTH SHAW LLP

16

17                                             By:  /s/ Sarah K. Hamilton
                                                   Sarah K. Hamilton
18                                             Attorneys for Defendant
                                               FIREMAN'S FUND INSURANCE
19                                             COMPANY

20

21             **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

22    I, Sarah K. Hamilton, attest that concurrence in the filing of this document has been

23  obtained from the signatory Alan Adelman.

24    Executed this 2nd day of May, 2013 in San Francisco, California.

25                                             By:  /s/ Sarah K. Hamilton
                                                   Sarah K. Hamilton
26  Dated: 5/6/13

27                                             IT IS SO ORDERED
                                               Judge Joseph C. Spero

28
                                     2