United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERMAN HAUPRICH,

    Plaintiff,

    v.

FIREMAN'S FUND INSURANCE COMPANY,

    Defendant.

Case No. 13-cv-01609-JCS

**AMENDED ORDER FOR REFERRAL TO MEDIATION**

Pursuant to ADR Local Rule 3-5 and 6-3, this matter is referred for court-appointed mediation to take place within 120 days of August 29, 2013. The Court requests that the ADR Unit appoint either John L. Beers or Hon. Rebecca Westerfield as the court-appointed mediator in this action.

IT IS SO ORDERED.

Dated: September 11, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge