UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERMAN HAUPRICH,

    Plaintiff,

    v.

FIREMAN'S FUND INSURANCE COMPANY,

    Defendant.

Case No. 13-cv-01609-JCS

**DISCOVERY ORDER**

Re: Dkt. Nos. 36, 38

For the reasons stated on the record at the hearing held on April 25, 2014, the Court orders as follows:

As to Docket Number 36, the motion to compel production of documents sought by Plaintiff's Second Set of Requests for Production is GRANTED IN PART. Defendant must produce Performance Review and Development Plan Mid-Year Assessments issued in 2012 for all executives for which these documents are sought. Defendant must produce Performance Review and Development Plan Mid-Year Assessments issued in 2013 for Marten Fischer. Further, as to these documents, the Court adopts the redactions proposed by Plaintiff with one addition: the names of the executives will be redacted. All of these documents will be designated as "attorney's eyes only" under a protective order. Documents must be produced by April 29, 2014.

As to Docket Number 38, the motion to compel CNA Insurance to comply with the subpoena is GRANTED IN PART. CNA Insurance shall produce any responsive documents on the subject of any counseling received by Plaintiff from any third party and the reasons for that

///

///

///

1  counseling. These documents should be produced as confidential under a protective order. CNA is
2  encouraged to produce documents by April 29, 2014.
3  **IT IS SO ORDERED.**
4  Dated: May 1, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge