SEYFARTH SHAW LLP
G. Daniel Newland (SBN 87965)
dnewland@seyfarth.com
Francis J. Ortman III (SBN 213202)
fortman@seyfarth.com
Sarah K. Hamilton (SBN 238819)
shamilton@seyfarth.com
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAIN HAUPRICH,<br><br>             Plaintiff,<br><br>     v.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>             Defendant. | Case No. 13-CV-01609-JCS<br><br>**[PROPOSED] AMENDED ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:  June 20, 2014<br>Time:  9:30 a.m.<br>Dept:  G - 15th Flr<br>Judge: Hon. Magistrate Judge Joseph C. Spero |

[PROPOSED] AMENDED ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

The Court, having considered Plaintiff German Hauprich's Administrative Motion to File Under Seal, and the Declarations of Insa Graham and Chantelle C. Egan submitted by Defendant Fireman's Fund Insurance Company in support thereof, and finding compelling reasons appearing, hereby GRANTS the motion to seal as follows:

Pursuant to Civil Local Rule 79-5(b), the court finds that the following documents and excerpts submitted in connection with Plaintiff's Opposition Brief and the supporting declarations of German Hauprich and Alan Adelman contain confidential and/or proprietary information, the disclosure of which would invade protectable privacy interests and/or subject Defendant to competitive harm:

(1) Exhibits 5, 9, 13 to Declaration of Germain Hauprich;

(2) Excerpts from the Declaration of Germain Hauprich, at Paragraphs 9, 18, 19, 20, 24, 57, 58, 59, 100, 101, 105, 106, and 115;

(3) Exhibits 9, 10, 11, 14, 15, 19, and 20 to the Declaration of Alan Adelman;

(4) Corresponding excerpts from Plaintiff's Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Motion for Summary Adjudication, at 4:7-12; 9:21-26; 10:25-11:3; 12:12-15; 14:18-22 and 15:11-16:9

IT IS HEREBY ORDERED that, for the above-enumerated reasons, the above-referenced documents and excerpts included therein be filed under seal.  Other than enumerated above, Plaintiff's administrative motion to file documents under seal (Docket no. 59, #2) is denied.  This order supersedes the court's prior order entered on May 12, 2014 (Docket no. 65).

IT IS SO ORDERED.

DATED:   05/28      , 2014

_____
Hon. Joseph C. Spero
United States District Magistrate Judge