UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN HAUPRICH,<br><br>   Plaintiff,<br><br> v.<br><br>FIREMAN'S FUND INSURANCE COMPANY,<br><br>   Defendant. | Case No. 13-cv-01609-JCS<br><br>**ORDER VACATING ALL DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 94 |

IT IS HEREBY ORDERED THAT:

1. All scheduled dates are hereby VACATED:

2. A further case management conference is set for **December 5, 2014, at 2:00 PM.** Any party requesting a continuance shall e-file a stipulation and proposed order. If the stipulation for dismissal is filed before December 5, 2014, the case management conference will be vacated.

IT IS SO ORDERED.

Dated: October 6, 2014

                _____
                JOSEPH C. SPERO
                United States Magistrate Judge